NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-1421

LEVITON MANUFACTURING COMPANY, INC.,

Plaintiff,

v.

UNIVERSAL SECURITY INSTRUMENTS, INC.,
and USI ELECTRIC, INC.,

Defendants-Appellees.

---------------------------------------------------------------

SHANGHAI MEIHAO ELECTRIC INC.,

Plaintiff-Appellee,

v.

LEVITON MANUFACTURING COMPANY, INC.,

Defendant-Appellant.

Appeals from the United States District Court for the District of
Maryland in consolidated case no. 05-CV-889, Judge Andre M. Davis.

ON MOTION

Before SCHALL, Circuit Judge.

ORDER

The court construes Shanghai Meihao Electric Inc.'s November 5, 2009 letter as

an unopposed motion to take judicial notice of a complaint filed by Leviton

Manufacturing Co. in a separate action.

Judicial notice may be appropriate with respect to public documents and decisions of other courts. However, the relevance of such materials is left to the discretion of the merits panel.

Accordingly,

IT IS ORDERED THAT:

(1) The motion is granted.

(2) A copy of this order shall be transmitted to the merits panel assigned to hear this case.

FOR THE COURT

**DEC 14 2009**
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: Gary M. Hnath, Esq.
J. Michael Jakes, Esq.
William E. Bradley, Esq.
s19

**FILED**
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

DEC 1 4 2009

JAN HORBALY
CLERK

2009-1421

-2-